## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOLO, LLC | : | |
| | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | | |
| | : | |
| | : | |
| v. | | |
| | : | |
| ABC CO. d/b/a "PS1000" and/or "PURE SLIM 1000" | : | |
| | : | |
| | : | |
| Defendant. | | |

### COMPLAINT

Plaintiff, GOLO, LLC ("GOLO"), by and through its undersigned counsel, Pepper Hamilton LLP, hereby files this Complaint against Defendant, ABC Company d/b/a as "PS1000" and/or "Pure Slim 1000" ("PS1000" or "Defendant"), and in support thereof avers as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Action pursuant to Title 28 U.S.C. §§ 1331 and 1338(a) and under the Lanham Act, Title 15 U.S.C. § 1121.

2.      This Court has personal jurisdiction over Defendant because Defendant transacts business, contracts to supply things, and/or causes harm and tortious injury in the Commonwealth of Pennsylvania. Defendant has purposefully availed itself of the laws of Pennsylvania and engages in continuous and systematic conduct in Pennsylvania and this judicial district.

3.      Venue is proper in this Court pursuant to Title 28 U.S.C. § 1391(b) and (c).

1

<u>PARTIES</u>

4.      GOLO is a corporation organized under the laws of the State of Delaware with a principal place of business located at 1501 Casho Mill Road, Suite 11, Newark, Delaware 19711.

5.      Upon information and belief, PS1000 maintains a mailing address at 967 East Parkcenter Boulevard, #361, Boise, Idaho, 83706, <u>and</u> may <u>also</u> maintain addresses at 1110 North Cole Road, Boise, Idaho, 83704 and 3 17th Ave. S., Nampa, ID 83651.  Upon information and belief, PS1000 is <u>not</u> registered in the States of Idaho or Delaware.

<u>FACTUAL BACKGROUND</u>

<u>GOLO, LLC</u>

6.      GOLO  is a leading weight loss program created by a team of doctors and researchers which aids people all over the world in achieving their weight loss goals in a sustainable and healthy manner.  (*See* www.golo.com.)

7.       GOLO was the top-searched diet on Google in 2016. (*See* https://www.google.com/trends/yis/2016/US?hl=en.)

8.      GOLO's 30-Day Rescue Plan program promotes weight loss with a three-tier solution of dietary modification, regular exercise, and nutraceutical supplementation that helps dieters lose weight without drastically cutting calories and/or compromising their health.  (*See* www.golo.com.)

9.      GOLO's program includes: (1) the Release supplement; (2) the Metabolic Fuel Matrix; and (3) behavioral changes.  (*Id.*)   Members can expect to lose an average of 1-2 pounds per week.  (*Id.*)

10.     The Release supplement contains a proprietary blend of ingredients that assists with the release of stored fat, and is intended to kickstart weight loss and support sustainable and lasting results.  (*See id*.)

11.     The Metabolic Fuel Matrix employs a meal plan that utilizes food in correct portions and combinations to assist the body's conversion of food into energy rather than fat storage.  (*See id*.)

12.     GOLO promotes behavioral changes in its users by providing the tools needed to succeed and reach weight loss goals and overcome emotional and stress eating.  (*See* www.golo.com.)  These tools include simple strategies to strengthen each user's level of commitment and determination.  (*See id*.)

13.     The GOLO 30-Day Rescue Plan Kit currently includes: the GOLO 30 Day Rescue Plan; Creating Matrix Meals; Truth & Change; the Release supplement; and a free myGOLO.com membership.  Members can choose additional bottles at the time of order or later via the myGOLO free membership site.  Customers do not pay for shipping for their Rescue Plan Kit.  (https://golo.com/cart-shop/.)

14.     The myGOLO.com membership provides a support forum and allows members to communicate with other members on the Plan, as well as access recipes and meal plans.  (*See* https://www.facebook.com/GOLO4life/, post by GOLO dated January 8 at 7:08pm; http://www.mygolo.com/login.aspx#/.)

15.     GOLO offers a sixty-day money back guarantee to its members.  (*See* www.golo.com/policies.)

16.      GOLO has earned rave reviews from its members, many of whom credit GOLO with being the catalyst for sustainable weight loss, long-lasting dietary changes, and overall

improved health.  (See https://golo.com/reviews/.)  GOLO states on its website that the

highlighted results may not be typical and each person's results may vary.  (*Id.*)

19. 17. GOLO is endorsed, and even used by, multiple doctors, many of whom share their

professional opinions of GOLO on GOLO's website.  (*See* www.golo.com.)

18. GOLO's website identifies "Team GOLO," which includes the program's

developers, doctors, and executive management, among others.  (*See*

https://golo.com/teamgolo/.)

19. GOLO conducted several trials between 2009 and 2014 in South Africa and the

United States to determine the efficacy and safety of its three-tier solution.  (*See*

https://golo.com/clinical/.)  These studies demonstrated average weight loss of 20.6 pounds

within the first 90 days of the program, 37.4 pounds after 26 weeks, and 48.6 pounds after 1

year.  (*See id.*)

## **"PS1000"**

20. Upon information and belief, PS1000 is a rapid weight loss system which

instructs its users to purchase and use the PS1000 oral drops, as well as employ a low-calorie diet

of approximately 1,000 calories per day, for 90 days.  (*See* https://ps1000.com/.)

21. PS1000 is a competitor of GOLO's in the weight loss industry.

22. PS1000's program consists of three phases: (1) weight loss, which can last up to

90 days; (2) follow-up or maintenance, which can last up to 21 days; and (3) continuation, which

implores the user to continue a healthy lifestyle.  PS1000 informs users that they may repeat

these three phases multiple times if they have a significant amount of weight to lose.  (*See*

https://ps1000.com/.)

4

23.     PS1000 offers its program in three "packages": (1) the Silver Package for $109 (30- day supply of PS1000 oral drops); (2) the Gold Package for $149 (60-day supply of PS1000 oral drops); and the Platinum Package for $195 (90-day supply of PS1000 oral drops).  PS1000 also offers the PS1000 Energy Burst B-Complex for an additional $29.95.  (*See id.*)

24.     PS1000's website claims that, using its product, a person "can expect to: Safely lose undesired weight; Maintain your weight over life-time; Learn to adopt healthy eating habits; Increased energy and metabolism; Lower blood pressure and cholesterol; Improve immune system and memory; Reduce stress and anxiety; Much better quality of life."  (*See id.*)

25.     PS1000's website does not provide any studies or data in support of these statements.  (*See id.*)

26.     Like GOLO's website, PS1000's website, ps1000.com, states that results from the use of its program may vary by participant.  (*See id.*)

27.     PS1000's website states that it offers a "full 6-month money back guarantee." (www.ps1000.com.)

28.     A packing slip included with the PS1000 product states that "[r]efunds will be issue once the products have been received and processed. Shipping is non-refundable. Please complete the checklist: 1.E-mail support@ps100.com to request RA# 2. Provide complete 30-day food journal including weight lost. 3. Send the remaining products and booklet back."  (*See* Ex. "A".)

29.     The "Excellence Awards" identified on PS1000's website are from Consumers Compare, the website described in more detail *infra*.  (*See* www.ps1000.com.)

30.     Upon information and belief, the customer reviews and testimonials on PS1000's website are fake and/or inaccurate.  (*See id.*)

31.     PS1000's website does not identify the program's developers, management, or the company behind PS1000.  (www.ps1000.com.)

## PS1000'S AD PURCHASES AND THE CONSUMERSCOMPARE.ORG "REVIEW" OF GOLO AND "PS1000"

32.     Upon information and belief, PS1000 works in two ways to unfairly compete with GOLO, engage in false advertising against GOLO, and divert business and customer goodwill from GOLO to PS1000: (1) it pays for ads on search engines which disparage GOLO and/or utilizes a Search Engine Optimizer to drive traffic to PS1000 and/or sites which negatively review GOLO; and (2) it maintains negative "reviews" of GOLO, including on www.consumerscompare.org.

33.      Upon information and belief, PS1000 purchases ads and/or keywords from various search engines, including Google, in order to divert traffic from GOLO's own website to the PS1000 website and/or to sites that disparage GOLO and praise PS1000.  (*See* Ex. "B.")

34.     One of those sites, www.consumerscompare.org ("the Site"), states that their site is the "experts that help provide you with authoritative, fact-based editorial reviews about many of the most popular products and services available today. In other words, we help you cut through all of the marketing hype, by gathering information from a wide variety of sources. We bring it together in a fun, easy to read format, and answer the ever-present question: Is this product a scam, or is it legit?"

35.     The Site contains purported "reviews" for various diet plans, fitness programs, and diet books.

36.     A search for "GOLO" on the Site reveals a "review" of 2 out of 5 stars and a 3.9 out of 10, with a link to the competitor "PS1000 Plan" directly underneath.  (*See* Ex. "C.")  The link takes the user to the "PS1000 Plan Review," which garners a 9.6 out of 10, and, as of

January 20, 2017, provides the user with a coupon code for a free bottle with the purchase of any PS1000 plan.

37.    A Chart of the "Top 10 Diet Picks for 2016" remains stationary on the right-hand side of the GOLO "review" as the reader scrolls through the "review."

38.    The GOLO "review" contains a number of inaccuracies, as well as incorrect and improper hyperlinks to other "review" sites and GOLO's Website.

39.    For example, the GOLO "review" states that (1) GOLO was developed by an "unnamed" team of doctors, (2) that the GOLO program lasts only for 30 days, and (3) that GOLO claims that the "more weight you lose, the more years you add to your life."  All of these statements are false.  (Ex. "C.")

40.    The "Do Dieters Lose Weight On The GOLO Diet?," "Is The GOLO Diet Easy To Follow?," and "Conclusion" Sections of the GOLO "review" contain similar misstatements, as well as incorrect hyperlinks, and misrepresents the information GOLO provides on its website.  First, the "review" manipulates the standard disclaimer on GOLO's website concerning member results; a disclaimer so standard it also appears on PS1000's website.   Second, the "review" states that GOLO offers a thirty-day money back guarantee, when GOLO's website explicitly offers a sixty-day money back guarantee.  Additionally, the "review" purports to link to a GOLO review by "Natalie," but the link actually takes the reader to the website highya.com, which negatively "reviews" GOLO and includes an unverified August 24, 2016 "review" from "Natalie."  There is no review by "Natalie" on GOLO's actual Website.  Lastly, the "review" directs the reader to a GOLO webpage containing studies on insulin, but actually links to an empty GOLO webpage, and not to GOLO's scientific studies.  (Ex. "C.")

41.     The end of the GOLO "review" contains a Chart with the "Top 5 Diets Compared," with PS1000 as the number-one rated diet.  (*Id.*)

42.     Upon information and belief, PS1000 is responsible for the GOLO "review" on the www.consumerscompare.org website.

## EFFORTS TO IDENTIFY AND/OR LOCATE
## THE PARTY OR ENTITY BEHIND PS1000

43.     Thorough research has been conducted to ascertain the party or entity that owns or controls PS1000, but these efforts have been fruitless.  This research has included: multiple internet searches; attempted communications with individuals potentially affiliated with PS1000; property, business, and intellectual property records searches; and calls and inquiries to various public agencies, including the Federal Trade Commission and the Better Business Bureau.

## COUNT I
## UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM
## ACT, 15 U.S.C. § 1125 *et seq*. AS TO GOLO

44.     GOLO incorporates the preceding paragraphs as though set forth herein.

45.     PS1000's method of purchasing ads and/or keywords from various search engines in order to divert traffic from GOLO's own website to the PS1000 website and/or to sites that disparage GOLO and praise PS1000 constitutes unfair competition and/or false advertising.

46.     One of those websites, www.consumerscompare.org, purports to be an independent review site, but is actually a conduit for the promotion of PS1000.

47.     In promoting PS1000's own services and diverting internet traffic and business from GOLO, PS1000 is making false and misleading statements about GOLO's product, including but not limited to the statements alleged herein.

48.     PS1000's false and misleading statements are material, in that they are likely to influence customers' purchasing decisions.

8

49.     PS1000's acts constitute willful, deliberate, false, and misleading representations of fact as to the nature and characteristics of GOLO's services, in violation of 15 U.S.C. § 1125(a)(1)(B), because the purchased ads and review on www.consumerscompare.org are simply a means of promotion for PS1000 and disparagement of GOLO.   PS1000's misleading statements, therefore, constitute false advertising and promotion.

50.     GOLO has been and will continue to be injured as a result of PS1000's false statements, either by direct diversion of sales from itself to PS1000, the costs to GOLO for corrective advertising to counteract PS1000's misrepresentations, or by a lessening of the goodwill associated with GOLO's goods and services.

51.     As a direct and proximate result of PS1000's Unfair Competition and False Advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

52.     GOLO is entitled to relief pursuant to 15 U.S.C. § 1125.

**COUNT II**
**UNFAIR COMPETITION AND FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. § 1125 *et seq.* AS TO PS1000**

53.     GOLO incorporates the preceding paragraphs as though set forth herein.

54.     In promoting PS1000's own services, PS1000 is also making false and misleading statements about its own product, including but not limited to the statements alleged herein.

55.     PS1000's false and misleading statements are material, in that they are likely to influence customers' purchasing decisions.

56.     PS1000's acts with respect to its own product also constitute willful, deliberate, false, and misleading representations of fact as to the nature and characteristics of its own services, in violation of 15 U.S.C. § 1125(a)(1)(B), because the statements alleged herein are not

supported by any studies, data, or facts.  PS1000's misleading statements, therefore, constitute false advertising and promotion.

57.     GOLO has been and will continue to be injured as a result of PS1000's false statements, either by direct diversion of sales from itself to PS1000 or by a lessening of the goodwill associated with GOLO's goods and services.

58.     As a direct and proximate result of PS1000's Unfair Competition and False Advertising, GOLO has suffered and will continue to suffer monetary damages and irreparable harm.

59.     GOLO is entitled to relief pursuant to 15 U.S.C. § 1125.

**COUNT III**
**TRADE LIBEL**
**PENNSYLVANIA COMMON LAW**

60.     GOLO incorporates the allegations of the foregoing paragraphs as if fully set forth herein.

61.     The above-mentioned statements were published by PS1000 on the consumerscompare.com website.

62.     The above-mentioned statements were false and defamatory.

63.     At the time they published the above-mentioned statements, PS1000 knew that the statements concerning GOLO were totally false or, if not, PS1000's avoidance of the truth was in utter and reckless disregard of their truth or falsity.

64.     PS1000's false and defamatory statements have severely injured GOLO, in that they have tended to blacken and besmirch GOLO's reputation.

65.     Each of the aforementioned defamatory statements was understood by third parties to pertain to, and defame, GOLO.

66.     PS1000's defamatory publication was so outrageous and malicious as to warrant the imposition of punitive damages.

67.     As a proximate result of PS1000's malicious, intentional and reckless conduct as set forth above, GOLO is entitled to such damages as will compensate it for the injury to its professional reputation, as well as punitive damages to punish PS1000 for its conduct and deter it and others similarly situated for like acts in the future.

## PRAYER FOR RELIEF

WHEREFORE, GOLO prays for a judgment in its favor and against "PS1000" on the claims set forth above and requests that this Court award GOLO compensatory and punitive damages, attorneys' fees and costs, and such other and further relief as this Court may deem just and equitable under the circumstances.

M. Kelly Tillery, PA Attorney I.D. 30380
Attorney for Plaintiff, GOLO, LLC
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4401

Dated:  January 24, 2017

# EXHIBIT A

## PS1000

**Packing Slip**                                                                                      **1/13/2017**



3 17th Ave S
Nampa, ID 83651
www.ps1000.com

Thank you for your order!

**Order:**  7257-201701121229-133404          **Shipment:**       2978236-2971897
**Ship To:**                                                      **Tracking#:**
                                                                  **Type:**       FedEx - Standard Overnight by 3 PM
                                                                  **Options:**
                                                                  **PO:**         **Master:**
                                                                  **Serial:**

**Email:**
**Phone:**
**Fax:**

**Comments:**

| Item | Name | Shelf | Bin | Qty | Ship | BO |
|------|------|-------|-----|-----|------|-----|
| 1PS89 | 1-BOOKLET AND 1-PS1000 | | | 1 | 1 | 0 |

|  |  |
|---|---|
| Total Ship | **1** |
| Ship Weight(lbs) | **0.90** |
| Ship Weight(oz) | **14.50** |

**Batch: 141980**

Any issues with the product or program can simply be resolved by e-mailing support@ps1000.com. PS1000 program offers 180 day money back guarantee. Refunds will be issued once the products have been received and processed. Shipping is non refundable. Please complete the checklist: 1.E-mail support@ps1000.com to request RA# 2. Provide complete 30-day food journal including weight lost. 3. Send the remaining products and booklet back.

# EXHIBIT B

Google   golo   🔍   Sign in

All    Shopping    News    Maps    More                    Settings    Tools

About 14,500,000 results (0.54 seconds)

GOLO Weight Loss - Official - Goodbye to Counting Calories - golo.com
Ad  www.golo.com/ ▾
Scientific Breakthrough Reveals The Real Cause of Weight Gain
  About Golo            About Insulin
  Real Reviews         Success Stories

What Risks Come With It? - Golo Diet [Exposed]
Ad  www.consumerscompare.org/golo-diet/reviews ▾
Must read before ordering  2016's Top Weight Loss Diets.
Top Diets of 2016 · Complaints and Reviews
Best Diets of 2016 · Nutrition Guides

GOLO for Life
https://golo.com/ ▾
With GOLO, you can be in control of your own destiny and not controlled by the diet industry. ...
"When I started GOLO I gave up a lifetime of quick-fix diets  GOLO ...

GOLO Weight Loss Diet Reviews - Is it a Scam or Legit? Does Golo ...
www.highya.com/golo-reviews ▾
GOLO is a three-part weight loss program that can help break your insulin resistance, lose belly fat,
improve your health, and completely reshape your body. ... Whether you'd like to lose 10 pounds or
100, GOLO is customized to address your specific weight loss needs, without ...

GOLO Insulin Resistance For Weight Loss | 30 Day Rescue Plan?
https://supplementpolice.com › Supplement Review › Diabetes ▾
GOLO is a three-part diet program that promises to fix your insulin resistance while trimming away
fat. Here's our GOLO diet review

GOLO Review | Are 30-Day Diet Programs Effective? - Diet Spotlight
https://www.dietspotlight.com › Diet Search & Advice › Weight Loss Program Reviews ▾
                 Rating: 3.2 - Review by Summer Banks
Dec 8, 2016 - Will GOLO really help increase weight loss? Our review of GOLO ingredients & side
effects lends the answer. Customer reviews and results

GOLO Diet Reviews January 2017 [UPDATED]. Why You Should Care?
https://consumerscompare.org/golo-diet-review/ ▾
Sep 9, 2016 - Reporter Lucy Hall says "The GOLO Diet was created by Dr. Keith Ahlow, as well as a
team of doctors that go unnamed on their official website

GOLO | Facebook
https://www.facebook.com/GOLO4life/ ▾
GOLO. 7029 likes · 601 talking about this. GOLO provides a lifestyle solution that creates safe,
sustainable weight loss

My review of the Golo weight lose system - YouTube

https://www.youtube.com/watch?v=dOiOf9b2Uu4
Jul 8, 2016 - Uploaded by TK The Hun
I will post more videos as I go along one my weight loss Journey. If you like
please subscribe to my Chanel. I ...

GOLO: Answers To Frequently Asked Questions - YouTube
https://www.youtube.com/watch?v=ma-UuLbaDXs
Apr 15, 2016 - Uploaded by GOLO
We've prepared this video to answer a dozen of the most frequently asked
questions about GOLO. What are ...

Golo — a lightweight dynamic language for the JVM.
golo-lang.org/ ▾
World function main = |args| { println("Hello world") }. The world didn't need another JVM language.
So we built yet another one  A simple one. Download Golo

What Is the GOLO Diet? | POPSUGAR Fitness
www.popsugar.com › Fitness › Popsugar Interviews ▾
Dec 30, 2016 - Have you heard of the GOLO diet? To be frank — none of us at POPSUGAR Fitness
had heard this term until Google shared their top diet ...

Searches related to golo

golo foods        golo online
golo amazon     golo recipes
golo price       golo 3 review 2015
golo.com video   golo launch



see photos

GOLO, LLC          Website   Directions
4.2      5 Google reviews
Weight Loss Service

Address: 1501 Casho Mill Rd #11, Newark, DE 19711
Phone: (800) 730-4656
Hours: Open today · 9AM–5:30PM ▾

Suggest an edit

Reviews         Write a review   Add a photo
5 Google reviews

Feedback

19103, Philadelphia, PA · From your Internet address · Use precise location · Learn more

Help     Send feedback     Privacy     Terms

# EXHIBIT C

# GOLO Diet Review

**3.9** out of 10



 People Who Viewed **Diet** Also Viewed PS1000 Plan.



The GOLO Diet was created by Dr. Keith Ablow, as well as a team of doctors that go unnamed on their official website. It is a diet that is said to optimize your insulin levels while reducing fat storages in your body via a three-tiered program that costs $39.95. The company markets "Metabolic Age Reduction" and refers to the age reduction in regards to the amount of weight they have lost. The more weight you lose, the more years you add to your life. Their program is called the GOLO rescue plan, as many of the people that go on the diet are very overweight with many health issues that are threatening their quality of life. The program only lasts for 30 days, and they claim their program can revitalize your metabolism and use fat for energy.

The company has been around for five years, and they are headquartered in Delaware. When calling into the customer support line, they connected me with an agent rather quickly, and were able to answer my questions. The customer service number is **1-800-730-4656**, and the support e-mail is **support@golo.com**. Their product comes with just a 30-day money back guarantee, which isn't very long when you are looking into a diet program like this.

The Three Tiers To The GOLO Program

1. **Intervention:** You will take their "Release" supplement formula meant to control hormones and release fat.

2. **Meal Plan:** Metabolic Fuel Matrix. Their specific meal plan they claim will help you use food as fuel and measure your meals' metabolic effect of food in your body to ensure you do not overeat. You do not have to cut any food categories out. You are given meal ideas to choose from in this specific meal plan.

3. **GOLO For Life (Roadmap):** Tips and tricks to ensure you don't overeat on their customer-based website. You can also interact with the members going through the diet.

# Do Dieters Lose Weight On The GOLO Diet?

On the website, there are a multitude of different stories from people who have gone through the program, but there is a large catch. They state: "*Disclaimer: Testimonial results were obtained over a period of three months to two years and may not be typical. Your results may be more or less than the averages stated on this website." They are saying that the testimonials on their website are very out of the normal, and are not guaranteed for your success.* Apart from the actual website, there are very few customer testimonials to look at, which is never a good sign. We did find a few however.

"After struggling to lose weight with working out — walking several miles per week, minimizing intake of carbs, and following the Insulin-resistance diet to maintain blood sugar levels. I had hoped that in taking the Golo supplement that these nutrients would help my body to metabolize more effectively to produce weight loss." Natalie ⟶ *She also went onto say that she opened the Golo package and leaflets fell out onto the floor. She found directions to the eating plan confusing at best, and tried to follow it the best she could. She took the Golo pill with each meal, and after more than 30 days she just didn't see the results in comparison to what other people had shared. She knows this product is no magic pill, and that everyone is different but it didn't work for her. She had no problems with the customer service, and was charged properly for her order

with no problems with shipping. Overall it did not help her reach her weight loss goals.

# Is The GOLO Diet Easy To Follow?

They claim all over the website it is easy to follow, but there have been customer reports of the program not being very easy to follow and somewhat confusing. With only 30 days to implement such a change in your life, it is going to be difficult initially. At first glance, the website is somewhat long and scattered with its information, and they are throwing pictures and quotes at you left and right. It took work when trying to get to the meat of the program, so it leaves me guessing their actual program is going to be even harder to implement in the beginning.

The ingredients in the Release formula are: Banana Leaf, Barberry Bark Extract, Chromium, Apple Polyphenol, Salacia Bark Extract, Gardenia Fruit Extract, Rhodiola, Inositol, and Zinc & Magnesium. On the website, there are scientific studies done on Insulin and body function so it was nice to see bases covered in this area. See it here ⌐.*

# Conclusion

When taking a step back and really analyzing this product and diet program for what it is, there was a lot of talk from the company but not really any from genuine customers outside of the company-controlled websites. The company has controlled who has the ability to talk about their program, as they do not want any bad words filtering through to potential customers. The GOLO Diet does have social media accounts, but they are not very popular and the activity levels are low. This may be due to the fact that they have their own customer website on which to interact? The success stories are very improbable, as they stated themselves on their website, so that takes some faith out of their system for me. All in all, they provide a weight loss supplement, a meal plan, and a customer website for you to dabble in if you would like. With their 30-day money back guarantee, you better get to trying it if you purchase it, because they do not give you any time for your body to naturally decide if it really does

work or not.

*Please keep in mind that with any diet or weight loss program, individual results will vary.

+ **Review Sources**

# Top 5 Diets Compared*

| | Meal Plans | Food Recipes | Health Coaches | Phone support | Email Support | Support Group | 6 Month MBG |
|---|---|---|---|---|---|---|---|
| **PS1000 Plan** ★★★★★ | | | | | | | |
| **Mayo Clinic Diet** ★★★★⯪ | | | — | | | — | — |
| **Weight Watchers** ★★★★☆ | | | | | | | — |
| **Medifast** ★★★★☆ | | | | | | — | — |
| **Ornish Diet** ★★★⯪☆ | | | — | — | — | | — |

*Individual results will vary.

Information on this website is not to replace the advise of the doctor, but rather for general education purposes. It is not intended to diagnose, treat, cure, or prevent any disease and should not be considered as medical

advice. Aways consult your doctor before starting any diet or taking any dietary supplements.

Articles, reviews and investigations are our own opinion, and written based on the information publicly available or simply contacting the companies. We try our best to stay up to date with constantly changing information. If you find any information inaccurate, please email us, we'll verify for accuracy and update it.

Disclosure: some of the links on this website are affiliate links. This means that if you purchase an item following one of the links, we will receive a commission. Regardless of that, we only recommend the products or services, that we strongly believe will benefit our readers. We are independently owned and the opinions expressed here are our own."

8 Comments        **ConsumersCompare.org**                              👤 **Login** ⌄

❤ Recommend  21        ↪ Share                                    Sort by Newest ⌄



Join the discussion…

**Paula E** • 12 days ago
My sister bought me a bottle to try. I was at 159.5 at 5'2" when I started taking GOLO.
I did not follow their recommended diet plan, however I consciously tried to eat
smaller portions. After the 30 days, I am now at 152. Not sure if its the smaller
portion, GOLO or combination, but I am going to be buying/trying another 30 day
regime.

∧  ∨ • Reply • Share ›



**wendell kalck** • a month ago
DO NOT BUY this product!!! I purchased Golo 90 day rescue a few months ago, after
a few weeks I had no positive results so I contacted Golo support and they said it
takes longer to work is some cases. I continued use for 2 months with a weight gain
and no loss of size. When I tried to return I was told I only had 40 days to return
product even though web site says 60 days. My attempt to return product was
negated because I was 8 days to late and when I said to them I was told to keep
trying product after I first wanted to return Golo I was told it didn't matter, only 40 days
from receipt was acceptable. So I say it did not work for me at all and their return
policy is designed to delay and void consumer satisfaction complaints. I suggest that
the claims are a lie, and now believe in Golo policies to protect your purchase
refund. It's a scam!!!!!

1 ∧  ∨ • Reply • Share ›

**William A Palmer** • a month ago
I've been on the Ketogenic diet for 6 months now. I've lost 86 lbs. My fasting glucose
has gone from 168 to 87. My cholesterol panel has greatly improved to near normal
levels. No more joint pain. My energy levels are off the chart. Mental clarity has
sharpened. I no longer have cravings for sweets and my constant hunger has gone
away.

3 ∧  ∨ • Reply • Share ›

> **Catrina73** ➜ William A Palmer • 3 days ago
> Are you following a certain program?
>
> ∧  ∨ • Reply • Share ›
>
> > **William A Palmer** ➜ Catrina73 • 3 days ago
> > I follow the Ketogenic/intermittent fasting protocol layed out in The
> > Obesity Code by Dr Jason Fung.